1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SONDREA BURNS, | ) | Case No. 2:17-cv-00030-RFB-NJK |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AARGON COLLECTION AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016).  Plaintiff has failed to file a certificate of interested parties.  Accordingly, Plaintiff must file a certificate of interested parties no later than January 10, 2017.

IT IS SO ORDERED.

DATED: January 5, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge