VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 244
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONDREA BURNS,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>   Defendants. | Case No.: 2:17-cv-00030 RFB-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| KARA CRAWLEY,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>   Defendant. | Case No..: 2:16-cv-02626 JAD-CWH<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| EUGENE GOLDSMITH,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>   Defendant. | Case No..: 2:16-cv-02066-GMN-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 17)** |

| | |
|---|---|
| MARCUS LOVETTE,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>   Defendants. | Case No..: 2:16-cv-02630 JAD-VCF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| BELINDA McCORMICK,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC. aka AARGON COLLECTION AGENCY, and ARMAND FRIED, ESQ.<br><br>   Defendants. | Case No..: 2:17-cv-00080-GMN-GWF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| JONATHAN MURILLO-ROJANO,<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED, ESQ.<br><br>   Defendants. | Case No..: 2:17-cv-00031-MMD-NJK<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 11)** |
| CLAUDIA PRIETO-FIERRO<br><br>   Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>   Defendants. | Case No..: 2:17-cv-00017-JCM-GWF<br><br>**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 10)** |

| | |
|---|---|
| ESTHER RODRIGUEZ,<br><br>       Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY, aka AARGON AGENCY, INC.; and ARMAND FRIED, ESQ.<br><br>       Defendants. | Case No..:      2:16-cv-02627 RFB-NJK<br><br>**PLAINTIFFS'** ***OMNIBUS*** **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |
| JOSEPHINE TIENDA,<br><br>       Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>       Defendant. | Case No..:      2:16-cv-02930 JCM-NJK<br><br>**PLAINTIFFS'** ***OMNIBUS*** **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 12)** |
| JOSHAWNA WHITE,<br><br>       Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY, aka AARGON AGENCY, INC.; and ARMAND FRIED, ESQ.<br><br>       Defendants. | Case No..:      2:16-cv-02750 APG-NJK<br><br>**PLAINTIFFS'** ***OMNIBUS*** **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 14)** |
| TEODORO ZAPEDA,<br><br>       Plaintiff,<br><br>v.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>       Defendant. | Case No..:      2:16-cv-02072 JAD-GWF<br><br>**PLAINTIFFS'** ***OMNIBUS*** **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE (DOC. 13)** |

All parties hereby stipulate and request that the court enter an order extending Plaintiffs' time to file a responsive pleading to Defendants' MOTIONS TO CONSOLIDATE in the above-captioned matters from February 15, to February 22, 2017.  Good cause exists for this request:

Plaintiffs' counsel has filed 11 different lawsuits against the Defendants in this district over the past several months, and Defendants have filed a Motion to Consolidate these lawsuits pursuant to Federal Rule of Civil Procedure 42.

The extension is requested by the Plaintiffs to allow their counsel sufficient time to review the Defendants' Motions to Consolidate and gather the necessary information to prepare a response on Plaintiffs' behalf.

In addition, new counsel for the the Defendants has appeared.  The parties are now discussing alternatives and hope to stipulate to some form of consolidation and/or relation of the case.

This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 14th day of February, 2017 | DATED this 14th day of February, 2017 |
| **THE LAW OFFICE OF VERNON NELSON** | **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** |
| By:     /s/   Vernon Nelson           <br>VERNON NELSON, ESQ.<br>Nevada Bar No.: 6434<br>9480 S. Eastern Avenue, Suite 244<br>Las Vegas, NV   89123<br>Tel:  702-476-2500<br>Fax:  702-476-2788<br>E-Mail:  vnelson@nelsonlawfirmlv.com<br>*Attorney for Plaintiffs* | By: /s/       James K. Schultz            <br>James K. Schultz, Esq.<br>Nevada Bar No.:  10219<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA  92108-3426<br>Tel:  619-2962018<br>Fax:  619-296-2013<br>Email: jschultz@sessions.legal<br>and<br>**LINCOLN GUSTAFSON & CERCOS, LLP**<br><br>By: /s/       Shannon G. Splaine           <br>Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>3960 H. Hughes Pkwy, Suite 200<br>Las Vegas NV 89169<br>Tel:  702-225-1997<br>Fax:  702.257-2203<br>Email:  ssplaine@lgclawoffice.com<br>*Attorneys for Defendants, Aargon Agency, Inc. aka Aargon Collection Agency; Armand Fried* |

| | |
|---|---|
| *Sondrea Burns v. Aargon, et. al.* | 2:17-cv-00030 RFB-NJK |
| *Kara Crawley v. Aargon, et. al.* | 2:16-cv-02626 JAD-CWH |
| *Eugene Goldsmith v. Aargon, et. al.* | 2:16-cv-02066 GMN-NJK |
| *Marcus Lovette v. Aargon, et. al.* | 2:16-cv-02630 HAD0VCF |
| *Belinda McCormick v. Aargon, et. al* | 2:17-cv-00080 GMN-GWF |
| *Jonathan Murillo-Rojano v. Aargon, et. al.* | 2:27-cv-00031 MMD-NJK |
| *Claudia Prieto-Fierro v. Aargon, et. al.* | 2:17-cv-00017 JCM-GWF |
| *Esther Rodriguez v. Aargon, et. al.* | 2:16-cv-02627 RFB-NJK |
| *Josephine Tienda v. Aargon, et. al.* | 2:16-cv-02930 JCM-NJK |
| *Josephine White v. Aargon, et. al.* | 2:16-cv-02750 APG-NJK |
| *Teodoro Zapeda v. Aargon, et. al.* | 2:16-cv-02072 JAD-CWF |

**PLAINTIFFS'** *OMNIBUS* **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO MOTIONS TO CONSOLIDATE**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/16/2017

---

5
STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO CONSOLIDATE