James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
1545 Hotel Circle South, Suite 150
San Diego, California 92108-3426
Telephone: (619) 296-2018
Facsimile: (619) 296-2013
E-mail jschultz@sessions.legal

Shannon G. Splaine, Esq.
Nevada Bar No. 8241
Lincoln, Gustafson & Cercos LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

*Attorneys for Defendants,*
*Aargon Agency, Inc. (incorrectly named as Aargon Collection Agency)*
*Armand Fried*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SONDREA BURNS,<br><br>          Plaintiff,<br><br>     vs.<br><br>AARGON COLLECTION AGENCY (aka AARGON AGENCY, INC.); and ATTORNEY ARMAND FRIED,<br><br>          Defendants. | Case No: 2: 2:17-cv-00030 RFB-NJK<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

        COMES NOW, James K. Schultz of the law firm Sessions, Fishman, Nathan & Israel, LLC, counsel for Defendants, Aargon Agency, Inc. and Armand Fried

1

("Defendants"), and files this Motion to Withdraw as Counsel for Defendants pursuant to Local Rule IA 10-6.  This Motion is made based on the following:

1) This matter has been submitted by Aargon Agency, Inc. to its insurance carrier, and the law firm of Carlson & Messer, LLP was retained by the insurance carrier to represent Defendants.

2) The law firm of Lincoln, Gustafson & Cercos LLP will stay on as local counsel in this case.

3) Defendants recently filed a Motion to Consolidate this lawsuit with ten other related lawsuits filed in this district.  Carlson & Messer will file a *pro hac vice* motion into the first two filed cases of the eleven that are the subject of the Motion to Consolidate.  Carlson & Messer will then substitute into those two cases for Sessions Fishman Nathan & Israel, LLC while the Motion to Consolidate is pending.  Lincoln Gustafson & Cercos, LLP will remain as counsel in all 11 cases.

4) At this point, no specific delay in a deadline will result from the Withdrawal.

5) Good cause is present in this case to grant the withdrawal, due to the Defendants' insurance carrier retaining Carlson & Messer LLP to defend Defendants.

Respectfully submitted,

/s/ James K. Schultz
James K. Schultz

*Attorney for Defendants,*
*Aargon Agency, Inc. (incorrectly named as Aargon Collection Agency) and Armand Fried*

**MOTION TO WITHDRAW AS COUNSEL**

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge
DATE: February 16, 2017